UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20744-CIV-ALTONAGA/O'Sullivan

KATARINA TODOROVICH, *et al.*,

    Plaintiffs,

vs.

ACCREDITING BUREAU OF HEALTH
EDUCATION SCHOOLS, INC.,

    Defendant.
_____/

**DEFENDANT'S REQUEST FOR ENTRY OF JUDGMENT
OF DISMISSAL WITH PREJUDICE ON A SEPARATE DOCUMENT**

    The Defendant, Accrediting Bureau of Health Education Schools, Inc., ("ABHES"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), 58(a) and 58(d), respectfully requests moves the Court for Final Judgment of Dismissal with Prejudice in favor of the Defendant and against the Plaintiffs, on a separate document, and in support thereof states as follows:

**MEMORANDUM OF LAW:**

    1. This Honorable Court entered an Order Granting Defendant's Motion to Dismiss on July 24, 2017. *See ECF No [53]*.

    2. Rule 58 provides, with certain exceptions, that "[e]very judgment and amended judgment must be set out in a separate document." Fed. R. Civ. P. 58(a). If a separate document is required, "judgment is entered" when the judgment is entered under Rule 79 and set out in a separate document. Fed. R. Civ. P. 58(c).

    3. The "separate document" requirement of Rule 58 is addressed to fix with certainty the

point at which time commences to run with respect to any post judgment remedies. See Wusiya v. City of Miami Beach, 614 F. App'x 389 (11th Cir. 2015); Wright v. Preferred Research, Inc., 937 F.2d 1556, 1559 (11th Cir. 1991); Bankers Trust Co. v. Mallis, 435 U.S. 381, 384-85 (1978).

4. Although Federal Circuit Courts differ on what constitutes a separate document, courts generally hold that a separate document is a self-contained order separate from the court's opinion or memorandum on the decision and stating the relief granted separate from the court's analysis. See e.g. Local Union No. 1992 of Int'l Bhd. of Elec. Workers v. The Okonite Co., 358 F.3d 278, 280 (3d Cir. 2004); Redhead v. Conference of Seventh-Day Adventists, 360 F. App'x 232, 233 (2d Cir. 2010); Theriot v. ASW Well Serv. Inc., 951 F.2d 84, 87 (5th Cir. 1992); LeBoon v. Lancaster Jewish Cmty. Ctr. Ass'n, 503 F.3d 217, 224 (3d Cir. 2007); Alinsky v. U.S., 415 F.3d 639, 642- 43 (7th Cir. 2005).

5. Under Rule 58(d), a party may request that judgment be set out in a separate document as required by Rule 58(a). Fed. R. Civ. P. 58(c). As such, in an abundance of caution, Defendant requests entry of judgment set forth in a separate document in the instant case.

6. The undersigned counsel has conferred with counsel for the Plaintiffs who states that the Plaintiffs oppose this motion and intend to respond with the basis for their opposition.

## CONCLUSION:

WHEREFORE, Defendant, ABHES, respectfully requests this Honorable Court enter an Order of Final Judgment of Dismissal with Prejudice in favor of the Defendant and against the Plaintiffs, as a separate document, consistent with the Court's Order Granting Defendant's Motion to Dismiss.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 4th day of August 2017 a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE SCOTT & KISSANE, P.A.
        *Attorneys for Defendant Accrediting Bureau of Health Education Schools, Inc.*
        Cole Scott & Kissane Building
        9150 South Dadeland Blvd., Suite 1400
        Miami, FL 33256
        Telephone: (305) 350-5338
        Facsimile: (305) 373-2294
        Edward.Polk@csklegal.com
        Jeanne.Spital@csklegal.com

        By: s/Edward S. Polk_____
        Edward S. Polk
        Florida Bar Number: 239860
        Jeanne K. Spital
        Florida Bar Number: 344273